UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DORIS MERCER and )
STEPHEN MERCER, )
)
       Plaintiffs, )
)
v. ) **JUDGMENT**
)
) No. 5:15-CV-311-FL
WAL-MART STORES, INC., )
)
       Defendant. )
)

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 18, 2016, that this case is dismissed without prejudice.

**This Judgment Filed and Entered on July 18, 2016, and Copies To:**
Michael W. Washburn (via CM/ECF Notice of Electronic Filing)
Stephen and Doris Mercer (via. U.S. Mail) 401 Pyracantha Drive, Holly Springs, NC 27540

July 18, 2016                   JULIE RICHARDS JOHNSTON, CLERK
                                    /s/ Christa N. Baker
                                   (By) Christa N. Baker, Deputy Clerk